IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Medina, Jesus Federico | Case Number: 07 B 10651 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 7/29/08 | Filed: 6/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: May 19, 2008
Confirmed: August 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,144.00 | |
| Secured: | | 1,304.38 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,058.00 |
| Trustee Fee: | | 262.28 |
| Other Funds: | | 519.34 |
| Totals: | 5,144.00 | 5,144.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 3,058.00 | 3,058.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Harlem Furniture | Secured | 779.37 | 779.37 |
| 4. | Town of Cicero | Secured | 525.01 | 525.01 |
| 5. | CitiMortgage Inc | Secured | 21,695.83 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 351.78 | 0.00 |
| 7. | National Loan Recoveries | Unsecured | 543.91 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 2,199.77 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 345.72 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 930.88 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 124.06 | 0.00 |
| 12. | Midwest Verizon Wireless | Unsecured | 128.52 | 0.00 |
| 13. | American Express Travel Relate | Unsecured | 288.26 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 89.01 | 0.00 |
| 15. | MacNeal Emergency Physicians | Unsecured | 148.40 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 228.04 | 0.00 |
| 17. | Aspire Visa | Unsecured | 196.45 | 0.00 |
| 18. | Schottler & Zukosky | Priority | | No Claim Filed |
| 19. | Dish Network | Unsecured | | No Claim Filed |
| 20. | Airko Heating & Cooling | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 24. | Comerical Financial Services | Unsecured | | No Claim Filed |
| 25. | Dr Garey Potamianos DDS | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Medina, Jesus Federico | Case Number: 07 B 10651 |
|---|---|
| | Judge: Squires, John H |
| Printed: 7/29/08 | Filed: 6/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Credit Collection | Unsecured | | No Claim Filed |
| 27. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 28. | Nextel Communications | Unsecured | | No Claim Filed |
| 29. | AFNI | Unsecured | | No Claim Filed |
| 30. | MacNeal Memorial Hospital | Unsecured | | No Claim Filed |
| 31. | Household Bank FSB | Unsecured | | No Claim Filed |
| 32. | Metropolitan Advanced Radiology | Unsecured | | No Claim Filed |
| 33. | Gateway | Unsecured | | No Claim Filed |
| 34. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 35. | Nicor Gas | Unsecured | | No Claim Filed |
| 36. | Nicor Gas | Unsecured | | No Claim Filed |
| 37. | SBC | Unsecured | | No Claim Filed |
| 38. | Watermark Phys. | Unsecured | | No Claim Filed |
| 39. | Nicor Gas | Unsecured | | No Claim Filed |
| 40. | Phillips & Cohen Associates. Ltd. | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,633.01 | $ 4,362.38 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 188.15 |
| 6.5% | 74.13 |
| | _____ |
| | $ 262.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

